IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EB, by and through his next friend
VICTORIA BRONSFIELD; WM,
by and through their next friend,
ROBERT LINK, Individually and on
behalf of a class of all persons
similarly situated; and FU, by and
through their next friend, ROBERT
LINK, Individually and on behalf of a
class of all persons similarly situated,

      Plaintiffs,

vs.                                                    CASE NO. 4:11cv198/RS-WCS

BRYAN VAUGHAN, in his official
capacity as interim director of the
Agency for Persons with Disabilities
SANDY KOON, in her official capacity
as superintendent of the Mentally
Retarded Defendant Program; and
KEVIN JACKSON, in his official capacity
as superintendent of the Mentally
Retarded Defendant Program,

      Defendants.
_____/

## ORDER

Before me is Plaintiffs' Unopposed Motion For Extension Of Time To File Motion For Class Certification (Doc. 13).

**IT IS ORDERED:**

    1.    Plaintiffs shall file an amended complaint not later than August 12, 2011.

    2.    Plaintiffs shall file their motion for class certification not later than sixty days after the date of the filing of their amended complaint.

**ORDERED** on August 1, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**