IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


F.A., et al.,

      Plaintiffs,

vs.                                      CASE NO. 4:11cv198/RS-WCS

MIKE HANSEN, in his official capacity
As Acting Director of the Agency for
Persons with Disabilities, et al.,

      Defendants.
_____/

## ORDER

Before me is the Joint Report to Fed. R. Civ. P. 26(f) Regarding Parties Proposed Deadlines (Doc. 35). The parties shall file an amended joint report not later than October 11, 2011, with deadlines and other requirements consistent with this order.

1. A Non-jury trial set for June 18, 2012, beginning at 8:30 a.m., **in Panama City, Florida**.

2. A discovery deadline of April 14, 2012.

3. A deadline for filing potentially dispositive motions of fourteen (14) days after the discovery deadline.

4. Mediation completed on or before a date twenty-eight (28) days after the discovery deadline.

5. Defendant's request to exchange information required by Fed. R. Civ. P. 26(a)(1) of October 21, 2011.

6. The number of interrogatories limited to 50. The deadline for completion of interrogatories is the same as the discovery deadline, April 14, 2012.

7. The number of requests for admission limited to 50. The deadline for completion of requests for admission is the same as the discovery deadline, April 14, 2012.

8. Rule 26(a)(2) disclosures of expert witnesses and their opinions by Plaintiffs of not later than March 19, 2012, and by Defendants of not later than April 2, 2012.

9. The final date to join parties or amend pleadings of November 1, 2011.

**ORDERED** on September 27, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**