IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

F.A., by and through his Next Friend,
Freddie Sims., et al.,

    Plaintiff,

vs.                    CASE NO. 4:11cv198/RS-WCS

MIKE HANSEN, in his official
capacity as Acting Director for the
Agency for Persons with Disabilities,
et al.,

    Defendants.
_____

## ORDER

Before me is Defendant's Motion for Expedited Order Granting Enlargement of Time for Defendants' Response to Plaintiffs' Motion for Class Certification and Requiring Plaintiffs to Produce Witnesses for Depositions on Class Certification Evidence (Doc. 45).

**IT IS ORDERED**:

1. Plaintiffs shall respond to the Motion not later than October 18, 2011.

2. Defendants shall have until not later than October 31, 2011, to file their response to the Motion to Certify Class (Doc. 41). This deadline may be further extended depending on the outcome of the Motion (Doc. 45).

**ORDERED** on October 11, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**