Time Records: October 1 - October 31, 2011
*F.A., et al. v. Hansen, et al.*
Case No. 4:11-cv-00198-SPM-WCS

| Date | | Activity Code | Activity Details | Billable | Non-Charge |
|---|---|---|---|---|---|
| 10/31/2011 | Sleasman, Peter | 2c Review Pleadings | Review Court's Pretrial order (.2) | 0.20 | 0.00 |
| 10/31/2011 | Sleasman, Peter | 7c Discovery - Prepare for Deposition | Review Dr. Kalinowski declaration, CV and draft notes for call to Dr. Kalinowski (.9) | 0.90 | 0.00 |
| 10/28/2011 | DeBriere, Katy | 5 Draft or Review Document or Report | draft retainer for Betty Odum, guardian to JO | 0.20 | 0.00 |
| 10/28/2011 | Lentz, Kristen | 9 Call w/ co-counsel | Briefly discuss expert depo prep with KJD and PPS for call this afternoon w expert | 0.10 | 0.00 |
| 10/28/2011 | DeBriere, Katy | 5 Draft or Review Document or Report | add KCL edits to draft second set of interrogatories/first set of RFPs to defendant Koon. | 0.30 | 0.00 |
| 10/28/2011 | Lentz, Kristen | 13 Conference call | Depo prep with PPS, KJD and Dr. Kalinowski | 1.20 | 0.00 |
| 10/28/2011 | Lentz, Kristen | 13 Conference call | Call w/ DRF, KJD and PPS re: depo prep of witnesses and experts | 0.50 | 0.00 |
| 10/28/2011 | Lentz, Kristen | 2a Review Document | Reviewed/Edited Interrogatories and RFP (.3), Email to KJD re: edits and suggestions (.1) | 0.40 | 0.00 |
| 10/28/2011 | Sleasman, Peter | 7c Discovery - Prepare for Deposition | Conference call with KJD, KCL and Dr. Kalinowski regarding deposition (1.2) | 1.20 | 0.00 |
| 10/28/2011 | Sleasman, Peter | 17 Confer With | Confer with KJD on record reviews at MRDP (.2) | 0.20 | 0.00 |
| 10/28/2011 | Sleasman, Peter | 7c Discovery - Prepare for Deposition | Conference call with co-counsel on deposition prep of witnesses and experts (.5) | 0.50 | 0.00 |
| 10/28/2011 | DeBriere, Katy | 7c Discovery - Prepare for Deposition | Conference call with PPS, KCL and Dr. Kalinowski regarding deposition (1.2) | 1.20 | 0.00 |
| 10/28/2011 | DeBriere, Katy | 5 Draft or Review Document or Report | add final KCL edits to 2nd set of Interrogatories/1st set of RFPs | 0.20 | 0.00 |
| 10/28/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | start draft of 2nd set of Interrogatories and 1st set of RFPs for Defendant Koon | 0.80 | 0.00 |
| 10/28/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | finish draft 2nd set of interrogatories/1st set of RFPs for defendant Koon | 0.60 | 0.00 |

Time Records: October 1 - October 31, 2011
*F.A., et al. v. Hansen, et al.*
Case No. 4:11-cv-00198-SPM-WCS

| Date | | Activity Code | Activity Details | Billable | Non-Charge |
|---|---|---|---|---|---|
| 10/28/2011 | DeBriere, Katy | 1c Interview Other | call with Betty Odum (JO's mother) about JO's possible participation in the lawsuit | 0.20 | 0.00 |
| 10/28/2011 | Lentz, Kristen | 13 Conference call | Call w/ PPS and KJD re: reviewing updated records for plaintiffs | 0.20 | 0.00 |
| 10/28/2011 | DeBriere, Katy | 13 Conference call | Call w/ PPS and KCL re: reviewing updated records for plaintiffs | 0.20 | 0.00 |
| 10/28/2011 | Sleasman, Peter | 7a Discovery - Draft Requests | Review and revise 2nd interrogatories and RFP to Defendants (1.0) | 1.00 | 0.00 |
| 10/28/2011 | DeBriere, Katy | 17 Confer With | confer with DRF, PPS, and KCL about prepping experts and advocate investigators | 0.50 | 0.00 |
| 10/28/2011 | DeBriere, Katy | 17 Confer With | confer with PPS & KCL about call with DRF and depo prep with Dr. Kalinowski | 0.10 | 0.00 |
| 10/28/2011 | Sleasman, Peter | 17 Confer With | Confer with KJD & KCL about call with DRF and depo prep with Dr. Kalinowski | 0.10 | 0.00 |
| 10/27/2011 | DeBriere, Katy | 5 Draft or Review Document or Report | draft excel spreadsheet containing information about docs reviewed by Wade Hitzing | 2.20 | 0.00 |
| 10/27/2011 | Sleasman, Peter | 7c Discovery - Prepare for Deposition | Review KJD memo on issues to cover with experts (.3); draft email to experts on depositions and next steps (.5); review list of documents sent to experts (.3) | 1.10 | 0.00 |
| 10/27/2011 | DeBriere, Katy | 5 Draft or Review Document or Report | continue to create Excel spreadsheets containing list of docs shared with experts | 2.30 | 0.00 |
| 10/26/2011 | DeBriere, Katy | 3 Research | research requirements under Daubert and Federal Rules of Evidence for use in depo preparation | 0.90 | 0.00 |
| 10/26/2011 | DeBriere, Katy | 7c Discovery - Prepare for Deposition | draft depo prep memo for experts, Dr. Kalinowski & Wade Hitzing. | 1.60 | 0.00 |
| 10/26/2011 | Lentz, Kristen | 9 Call w/ co-counsel | Meeting w/ KJD, CMJ and PPS re: expert depo prep, new discovery requests | 1.00 | 0.00 |

Time Records: October 1 - October 31, 2011
*F.A., et al. v. Hansen, et al.*
Case No. 4:11-cv-00198-SPM-WCS

| Date | | Activity Code | Activity Details | Billable | Non-Charge |
|---|---|---|---|---|---|
| 10/26/2011 | DeBriere, Katy | 17 Confer With | confer with PPS, KCL, and CMJ about depo preparation and discovery | 1.00 | 0.00 |
| 10/26/2011 | Sleasman, Peter | 7c Discovery - Prepare for Deposition | Confer with KCL, CMJ and KJD on next steps to prepare experts for depositions, interrogatories and request for production to Defendants (1.0) | 1.00 | 0.00 |
| 10/26/2011 | Jones, Christopher | 7c Discovery - Prepare for Deposition | Confer with KCL, PPS and KJD on next steps to prepare experts for depositions, interrogatories and request for production to Defendants (1.0) | 1.00 | 0.00 |
| 10/25/2011 | Lentz, Kristen | 2d Review Other | Reviewed article on Daubert defense, outlined notes for expert depo prep | 0.90 | 0.00 |
| 10/25/2011 | Sleasman, Peter | 7c Discovery - Prepare for Deposition | Research Daubert issues for expert deposition prep (1.3) | 1.30 | 0.00 |
| 10/25/2011 | Sleasman, Peter | 7a Discovery - Draft Requests | Review and revise 2nd interrogatories and request for production (.8) | 0.80 | 0.00 |
| 10/24/2011 | Lentz, Kristen | 13 Conference call | Call w/ PPS and KJD re: coordinating/scheduling expert depos and defense | 0.40 | 0.00 |
| 10/24/2011 | DeBriere, Katy | 17 Confer With | confer with Paul Liles about potential call with opposing counsel to schedule depos of Linda and Winnie | 1.90 | 0.00 |
| 10/24/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | edit Notice of Filing Supplemental Appx. based on PPS/KCL edits. | 0.30 | 0.00 |
| 10/24/2011 | Lentz, Kristen | 13 Conference call | Call w/ KJD and PPS re: expert depo availability and depo prep | 0.30 | 0.00 |
| 10/24/2011 | Sleasman, Peter | 5 Draft or Review Document or Report | Review and edit supplemental appendix for class certification motion (.2) | 0.20 | 0.00 |

Time Records: October 1 - October 31, 2011
*F.A., et al. v. Hansen, et al.*
Case No. 4:11-cv-00198-SPM-WCS

| Date | | Activity Code | Activity Details | Billable | Non-Charge |
|---|---|---|---|---|---|
| 10/24/2011 | Sleasman, Peter | 17 Confer With | Confer with KCL on next steps regarding depositions (.3); confer with KCL and KJD on scheduling depositions (.4); confer with KCL and KJD on expert deposition preparation (.3) | 1.00 | 0.00 |
| 10/24/2011 | DeBriere, Katy | 17 Confer With | Confer with KCL and PPS on scheduling depositions | 0.40 | 0.00 |
| 10/24/2011 | Sleasman, Peter | 10 Call w/ opposing counsel | Conference call with opposing counsel on scheduling of depositions (.4) | 0.40 | 0.00 |
| 10/24/2011 | Lentz, Kristen | 2c Review Pleadings | Reviewed order on producing experts for class cert depos (.1), discussed next steps w PPS (.3) | 0.40 | 0.00 |
| 10/24/2011 | DeBriere, Katy | 5 Draft or Review Document or Report | draft email to Marc Ito re: outstanding issues related to scheduling depositions. | 0.10 | 0.00 |
| 10/24/2011 | DeBriere, Katy | 5 Draft or Review Document or Report | research HIPAA for purposes of drafting second set of interrogatories (.6); finish draft of second set of interrogatories (.3) | 0.90 | 0.00 |
| 10/24/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | begin draft of Second Set of Interrogatories to Defendant, Sandy Koon. | 0.40 | 0.00 |
| 10/24/2011 | DeBriere, Katy | 17 Confer With | confer with Linda Siemer and Betty Odum about the potential involvement of JO in the lawsuit. | 0.50 | 0.00 |
| 10/24/2011 | Lentz, Kristen | 10 Call w/ opposing counsel | Call w/ opposing counsel, KJD, PPS and Paul Liles re: coordinating witness and expert depositions for class cert | 0.40 | 0.00 |
| 10/24/2011 | DeBriere, Katy | 10 Call w/ opposing counsel | call with opposing counsel about scheduling depositions of experts | 0.40 | 0.00 |
| 10/24/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | Draft Notice of Filing Appx to Motion for Class Cert - D's response to P's 1st set of interrogatories | 1.00 | 0.00 |
| 10/24/2011 | DeBriere, Katy | 17 Confer With | confer with PPS & KCL about coordinating expert depos with opposing counsel. | 0.30 | 0.00 |

Time Records: October 1 - October 31, 2011
*F.A., et al. v. Hansen, et al.*
Case No. 4:11-cv-00198-SPM-WCS

| Date | | Activity Code | Activity Details | Billable | Non-Charge |
|---|---|---|---|---|---|
| 10/21/2011 | Sleasman, Peter | 7b Discovery - Review Responses | Review Defs' interrogatory answers (.2); review Defs' initial disclosures (.2); review Court's order granting Defs' Motion to depose experts and extension of time (.1) | 0.50 | 0.00 |
| 10/21/2011 | DeBriere, Katy | 1b Interview Witness | spoke with KS about his witnessing the use of R&S as an MRDP resident | 0.10 | 0.00 |
| 10/21/2011 | DeBriere, Katy | 12 Draft correspondence to other | Download pleadings (.1) and draft email to David Deutsch at the Dept of Justice re: DOJ's potential involvement in the case. | 0.20 | 0.00 |
| 10/21/2011 | Deak, Kristina | 2a Review Document | Process receipt of electronic pleadings. | 0.10 | 0.00 |
| 10/21/2011 | DeBriere, Katy | 17 Confer With | confer with David Deutsch from DOJ-Special Litigation Division about potential involvement. | 0.10 | 0.00 |
| 10/20/2011 | Sleasman, Peter | 17 Confer With | confer via e-mail with attorney Alice Nelson on issue of Daubert analysis of experts as part of class certification. | 0.60 | 0.00 |
| 10/19/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | begin to draft interrogatory questions re: identity of putative class members, avg. length of resident stay, and number of residents with CMVs. | 0.30 | 0.00 |
| 10/19/2011 | Sleasman, Peter | 17 Confer With | Confer with KCL and KJD on how to defend against argument the plaintiffs lack standing or mootness, regarding class cert motion | 0.70 | 0.00 |
| 10/19/2011 | Lentz, Kristen | 9 Call w/ co-counsel | Meeting w/ PPS and KJD re: standing of named plaintiffs and research questions re: mootness | 0.70 | 0.00 |
| 10/19/2011 | DeBriere, Katy | 2a Review Document | review JO's records sent by Linda Siemer. | 0.30 | 0.00 |
| 10/19/2011 | Sleasman, Peter | 3 Research | Research cases on class standing/mootness issues;how mootness of plaintiffs claims may effect class cert motion. | 2.20 | 0.00 |

Time Records: October 1 - October 31, 2011
*F.A., et al. v. Hansen, et al.*
Case No. 4:11-cv-00198-SPM-WCS

| Date | | Activity Code | Activity Details | Billable | Non-Charge |
|---|---|---|---|---|---|
| 10/19/2011 | DeBriere, Katy | 17 Confer With | confer with PPS and KCL about standing issues and exceptions to mootness | 0.70 | 0.00 |
| 10/19/2011 | DeBriere, Katy | 2a Review Document | review JO's records sent by Linda Siemer and take notes about times in seclusion. | 0.50 | 0.00 |
| 10/19/2011 | DeBriere, Katy | 3 Research | research average length of stay by searching past responses to public records requests. | 0.50 | 0.00 |
| 10/18/2011 | Lentz, Kristen | 3 Research | Researched Manual for Complex Litigation | 0.30 | 0.00 |
| 10/18/2011 | Sleasman, Peter | 13 Conference call | conference call with co-counsel at DRF, KCL, KJD on discovery plan, next steps regarding class cert, response to Defs' request to take depos of experts. | 0.90 | 0.00 |
| 10/18/2011 | DeBriere, Katy | 13 Conference call | conference call with co-counsel at DRF, KCL and PPS on discovery plan, next steps regarding class cert, response to Defs' request to take depos of experts | 0.90 | 0.00 |
| 10/18/2011 | Sleasman, Peter | 3 Research | Research issues regarding standing of named class members. | 0.50 | 0.00 |
| 10/18/2011 | Sleasman, Peter | 6 Draft Memo or Pleading | Finalize response to Defendants motion for ext of time to file opp to class cert and request to depose experts. | 1.10 | 0.00 |
| 10/18/2011 | Lentz, Kristen | 9 Call w/ co-counsel | Discussed initial discovery plan with PPS, KJD and DRF | 0.90 | 0.00 |
| 10/18/2011 | Lentz, Kristen | 2c Review Pleadings | Reviewed class cert order by Judge Smoak in Dykes case | 0.50 | 0.00 |
| 10/17/2011 | Lentz, Kristen | 2c Review Pleadings | Reviewed/Edited current draft of class cert ext of time/discovery response | 0.80 | 0.00 |
| 10/17/2011 | Sleasman, Peter | 6 Draft Memo or Pleading | Revise response to Defs' Motion (1.5) | 1.50 | 0.00 |
| 10/17/2011 | DeBriere, Katy | 5 Draft or Review Document or Report | draft discovery plan (.5) and send to KCL/PPS for review (.1) | 0.60 | 0.00 |

Time Records: October 1 - October 31, 2011
*F.A., et al. v. Hansen, et al.*
Case No. 4:11-cv-00198-SPM-WCS

| Date | | Activity Code | Activity Details | Billable | Non-Charge |
|---|---|---|---|---|---|
| 10/14/2011 | Sleasman, Peter | 3 Research | Research right of Defendants to depose experts, application of Daubert to class certification (1.8) | 1.80 | 0.00 |
| 10/14/2011 | DeBriere, Katy | 2c Review Pleadings | review draft response to D's Motion for Enlargement of Time (.3); confer with PPS on the same (.1) | 0.40 | 0.00 |
| 10/14/2011 | DeBriere, Katy | 2c Review Pleadings | edit PPS draft response to D's Motion for Enlarge of Time | 1.20 | 0.00 |
| 10/14/2011 | DeBriere, Katy | 13 Conference call | contact experts to coordinate potential depo deadlines. | 0.20 | 0.00 |
| 10/14/2011 | Sleasman, Peter | 6 Draft Memo or Pleading | Review KJD's edits to response to Defs' Motion and make revisions (2.5) | 2.50 | 0.00 |
| 10/13/2011 | Sleasman, Peter | 2c Review Pleadings | Review KCL's edits to response and revise response (2.6); Review Defs' answer to complaint with standing argument (.3); review Court's scheduling order (.1) | 3.00 | 0.00 |
| 10/12/2011 | Sleasman, Peter | 3 Research | Continue research on use of experts in Rule 23 proceedings (2.3) | 2.30 | 0.00 |
| 10/12/2011 | Sleasman, Peter | 6 Draft Memo or Pleading | Draft response to Defs' Motion (2.2) | 2.20 | 0.00 |
| 10/12/2011 | Lentz, Kristen | 6 Draft Memo or Pleading | Edited first draft of response for mot for ext of time | 0.70 | 0.00 |
| 10/11/2011 | Sleasman, Peter | 6 Draft Memo or Pleading | Draft response to Defs' motion to depose experts and for extension of time (3.1) | 3.10 | 0.00 |
| 10/11/2011 | Sleasman, Peter | 2c Review Pleadings | Review Court's order on extension of time (.1) | 0.10 | 0.00 |
| 10/11/2011 | Sleasman, Peter | 3 Research | Additional research on class discovery issues (2.9) | 2.90 | 0.00 |
| 10/11/2011 | Sleasman, Peter | 17 Confer With | Confer with co-counsel on response to Defs' Motion (.3) | 0.30 | 0.00 |
| 10/11/2011 | Lentz, Kristen | 9 Call w/ co-counsel | TC w/ Paul Liles re: starting research on DRF advocate depositions | 0.30 | 0.00 |
| 10/11/2011 | Lentz, Kristen | 3 Research | Drafted part of resp to mot for ext of time re: class discovery | 0.40 | 0.00 |

Time Records: October 1 - October 31, 2011
*F.A., et al. v. Hansen, et al.*
Case No. 4:11-cv-00198-SPM-WCS

| Date | | Activity Code | Activity Details | Billable | Non-Charge |
|---|---|---|---|---|---|
| 10/10/2011 | Lentz, Kristen | 3 Research | Started research on expert depositions in class cert/before expert reports due | 1.00 | 0.00 |
| 10/10/2011 | Sleasman, Peter | 7b Discovery - Review Responses | Confer with KJD and KCL on Defs' Motion to take depositions of experts (.5); confer with KJD, KCL and PLL on response to Defs' Motion (.4); confer with KCL and KJD on next steps to respond to Defs' Motion, research issues (.6) | 1.50 | 0.00 |
| 10/10/2011 | Sleasman, Peter | 3 Research | Research on right to discovery on class certification issues and scope of discovery (3.8) | 3.80 | 0.00 |
| 10/10/2011 | Sleasman, Peter | 7a Discovery - Draft Requests | Review and edit supplemental initial disclosures (.1) | 0.10 | 0.00 |
| 10/10/2011 | Lentz, Kristen | 3 Research | Researched class discovery, parameters of class discovery | 1.60 | 0.00 |
| 10/10/2011 | Lentz, Kristen | 13 Conference call | TC w/ Paul Liles, KJD, PPS re: his initial draft response to part of D's motion for extension | 0.40 | 0.00 |
| 10/10/2011 | Lentz, Kristen | 13 Conference call | TC w/ PPS and KJD re: update on research, next steps in drafting response to D's motion | 0.50 | 0.00 |
| 10/10/2011 | DeBriere, Katy | 5 Draft or Review Document or Report | edits to P's First Set of Supplemental Initial Disclosure based on PPS feedback. | 0.20 | 0.00 |
| 10/10/2011 | DeBriere, Katy | 5 Draft or Review Document or Report | draft P's 1st supplement to initial disclosures | 0.20 | 0.00 |
| 10/10/2011 | DeBriere, Katy | 3 Research | research standard for motion to compel (.2); research issues related to class discovery and production of experts for pre-cert issues. | 0.70 | 0.00 |
| 10/10/2011 | Lentz, Kristen | 13 Conference call | Call w/PPS and KJD re: strategy for responding to mot for ext of time/depositions; tasks | 0.60 | 0.00 |

Time Records: October 1 - October 31, 2011
*F.A., et al. v. Hansen, et al.*
Case No. 4:11-cv-00198-SPM-WCS

| Date | | Activity Code | Activity Details | Billable | Non-Charge |
|---|---|---|---|---|---|
| 10/10/2011 | DeBriere, Katy | 17 Confer With | confer with PPS and KCL about P's Response to D's Motion for Ext of Time to respond to Motion for Class Cert | 0.50 | 0.00 |
| 10/10/2011 | DeBriere, Katy | 5 Draft or Review Document or Report | review PLL's response to D's Motion for Enlargement of Time | 0.10 | 0.00 |
| 10/10/2011 | DeBriere, Katy | 2c Review Pleadings | review D's Motion for Extension of time to file response to P's Motion for Class Cert | 0.20 | 0.00 |
| 10/10/2011 | Deak, Kristina | 2a Review Document | Process receipt of electronic pleadings. | 0.20 | 0.00 |
| 10/10/2011 | Lentz, Kristen | 2c Review Pleadings | Reviewed Motion for Ext of Time re: class cert response | 0.30 | 0.00 |
| 10/10/2011 | DeBriere, Katy | 17 Confer With | confer with KCL & PPS about response to D's Motion for Enlarge of Time - potential research issues related to pre-cert class discovery. | 0.50 | 0.00 |
| 10/10/2011 | DeBriere, Katy | 17 Confer With | confer with PPS, KCL, and PLL about the response to D's Motion for Enlarge. of Time to Response to Class Cert | 0.40 | 0.00 |
| 10/7/2011 | Lentz, Kristen | 10 Call w/ opposing counsel | Confer with Ito on depos and extension of time (.1); confer with PPS on same (.2) | 0.30 | 0.00 |
| 10/7/2011 | Sleasman, Peter | 10 Call w/ opposing counsel | Confer with Ito on depos and extension of time (.1); confer with KCL on same (.2) | 0.30 | 0.00 |
| 10/7/2011 | Sleasman, Peter | 7b Discovery - Review Responses | Review Defs' Motion for extension of time and to compel deposition (.2) | 0.20 | 0.00 |
| 10/7/2011 | Lentz, Kristen | Miscellaneous | Emailed DRF legal team re: call w Marc Ito | 0.20 | 0.00 |
| 10/6/2011 | Lentz, Kristen | 17 Confer With | Confer with PPS re: email from Ito on depositions of experts, extension of time to file response to class motion (.7) | 0.70 | 0.00 |

Time Records: October 1 - October 31, 2011
*F.A., et al. v. Hansen, et al.*
Case No. 4:11-cv-00198-SPM-WCS

| Date | | Activity Code | Activity Details | Billable | Non-Charge |
|---|---|---|---|---|---|
| 10/6/2011 | Sleasman, Peter | 17 Confer With | Confer with KCL re: email from Ito on depositions of experts, extension of time to file response to class motion (.7) | 0.70 | 0.00 |
| 10/6/2011 | Sleasman, Peter | 2d Review Other | Review email from Ito on depositions of experts, extension of time to file response to class motion (.1) | 0.10 | 0.00 |
| 10/4/2011 | DeBriere, Katy | 17 Confer With | confer with PLL about motion for class cert, timekeeping, and developing a discovery schedule | 0.20 | 0.00 |
| 10/3/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | continue to draft Motion for Class Cert - finalize all pinpoint cites to appendices (1.6); integrate PPS's final edits (.3); check Bluebook citations again (.3); integrate PLL's edits (.4); insert appendix pages into appendices (.3); and save as pdf for filing (.1) | 3.00 | 0.00 |
| 10/3/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | continue to draft motion for class cert - organize appendices | 0.40 | 0.00 |
| 10/3/2011 | Lentz, Kristen | 6 Draft Memo or Pleading | Edited motion for class cert | 1.20 | 0.00 |
| 10/3/2011 | DeBriere, Katy | 3 Research | research jx. of committing court and APD custody of committed defendant as set forth in Chapter 916 of the Florida Statutes. | 0.10 | 0.00 |
| 10/3/2011 | DeBriere, Katy | 17 Confer With | confer with Wade Hitzing about receipt of finalized declaration | 0.10 | 0.00 |
| 10/3/2011 | DeBriere, Katy | 17 Confer With | confer with LLT about formatting of expert declarations | 0.10 | 0.00 |
| 10/3/2011 | DeBriere, Katy | 2c Review Pleadings | review PLL's edits re: motion for class cert. | 0.10 | 0.00 |
| 10/3/2011 | DeBriere, Katy | 2c Review Pleadings | continue to draft Motion for Class Cert - read over CMJ comments (.20); discuss with PPS (.20). | 0.40 | 0.00 |
| 10/3/2011 | Lentz, Kristen | 3 Research | Reviewed cases re: standing for plaintiff reps for motion for class cert | 1.10 | 0.00 |

Time Records: October 1 - October 31, 2011
*F.A., et al. v. Hansen, et al.*
Case No. 4:11-cv-00198-SPM-WCS

| Date | | Activity Code | Activity Details | Billable | Non-Charge |
|---|---|---|---|---|---|
| 10/3/2011 | DeBriere, Katy | 5 Draft or Review Document or Report | revise joint CMR based on court's order entered on 9/27/11 | 0.50 | 0.00 |
| 10/3/2011 | Sleasman, Peter | 5 Draft or Review Document or Report | Finalize class certification motion, appendices(6.2) | 6.20 | 0.00 |
| 10/3/2011 | Sleasman, Peter | 17 Confer With | Confer with KJD on revisions to class certification (.2) | 0.20 | 0.00 |
| | | | | **101.00** | **0.00** |

Time Records: October 1 - October 31, 2011
*F.A., et al. v. Hansen, et al.*
Case No. 4:11-cv-00198-SPM-WCS

| Date | Advocate | Activity | Billable | Non-Charge |
|---|---|---|---|---|
| 10/1/2011 | Liles, Paul | R&R email from CM/ECF - re: Action required by judge (.1); | 0.10 | 0.00 |
| 10/3/2011 | Liles, Paul | Review class certification motions (.8); Revise motion for class certifications(2.8); R&R email from AH - re: Class action language (.1); Email to KD, PS, KL, CJ, MEM, & DB - re: Draft revisions to motion (.2); R&R email from KD - re: Revised CMR (.1); R&R email from CM/ECF - re: Motion for class cert (w/exhibits) (Doc. 41) (.1); | 4.10 | 0.00 |
| 10/4/2011 | Liles, Paul | call (.1); Email to KD - re: MRDP conference call (.1); R&R email from KD - re: MRDP conference call (.1); Email to KD - re: MRDP conference call (.1); R&R email from CM/ECF - re: Amended Rule 26(f) report due date (.1); R&R email from CM/ECF - re: Order granting Motion for extension of time (Doc. 42) (.1); R&R email from CM/ECF - re: Order granting motion to proceed anonymously (Doc. 43) (.1); | 0.90 | 0.00 |
| 10/5/2011 | Liles, Paul | Revised Rule 26(f) report (Doc. 44) (.1); R&R email from MEM - re: Motion for class certification (.1); | 0.30 | 0.00 |
| 10/6/2011 | Liles, Paul | with MEM - re: Motion for class certification (.1); R&R email from KD - re: MRDP conference call (.1) | 0.30 | 0.00 |
| 10/7/2011 | Liles, Paul | Class Certification (.1); Email to KL - re: Availability for meeting (.1); R&R email from KD - re: Telephone conference schedule (.1); R&R email from CM/ECF - re: Defendant's motion for extension of time (Doc 41); | 0.40 | 0.00 |
| 10/8/2011 | Liles, Paul | Defendant's motion (2.1); | 2.30 | 0.00 |
| 10/9/2011 | Liles, Paul | (2.1); | 2.10 | 0.00 |
| 10/10/2011 | Liles, Paul | cases (1.1); Email to KD, KL & PS - re: Draft response to motion & request for telephone conference (.1); R&R email from KD - re: Telephone conference (.1); Telephone conference with KD, KL & PS - re: Draft response (.4); R&R email from KD - re: Report & index (.1); Review report (.1); Review index (.1); R&R email from KD - re: Supplemental Rule 26 disclosures (.1) | 4.60 | 0.00 |

| Date | Advocate | Activity | Billable | Non-Charge |
|---|---|---|---|---|
| | | Time Records: October 1 - October 31, 2011 *F.A., et al. v. Hansen, et al.* Case No. 4:11-cv-00198-SPM-WCS | | |
| 10/11/2011 | Liles, Paul | to Plaintiffs' initial disclosures (.1); R&R email from KD - re: MRDP call (.1); R&R voicemail from KL - re: Potential discovery issues (.1); Telephone conference with KL - re: Potential discovery issues (.2); R&R email from KD - re: September timesheet entries (.1); Reviewed & revised September timesheet entries (.2); Email to KD - re: Revised September timesheet entries (.1); Conference with CW - re: Potential discovery issues (.2); R&R email from CW - re: Source for responding to potential discovery issues (.1); Review source provided by CW (.2); Research - re: Legal authority for opposing or limiting depositions of advocates (2.1); R&R email from | 3.70 | 0.00 |
| 10/13/2011 | Liles, Paul | R&R email from CM/ECF - re: Hansen answer to amended complaint (Doc. 47) (.1); R&R email from CM/ECF - re: Scheduling Order (Doc. 48) (.1); | 0.20 | 0.00 |
| 10/14/2011 | Liles, Paul | Certification (.1); Email to MEM - re: Request for depositions (.1); R&R email from PS - re: MRDP response to extension of time (.1); Review draft response (.2); Email to PS - re: Draft response (.1); R&R email from CM/ECF - re: Attorney time records (Doc. 49) (.1); R&R email from CM/ECF - re; Attorney fee records (Doc. 50)(.1); | 0.80 | 0.00 |
| 10/17/2011 | Liles, Paul | certify class (.2); R&R email - re: Scheduling mediation summary & discovery deadline (.1); | 0.30 | 0.00 |
| 10/18/2011 | Liles, Paul | R&R email from CM/ECF - re: Opposition to Defendants' Motion for extension of time (Doc. 51)(.1); | 0.70 | 0.00 |
| 10/19/2011 | Liles, Paul | Review memorandum in opposition to Defendants' Motion for extension of time (Doc 51) (.1); R&R email from CM/ECF - re: Action required by judge (.1); | 0.20 | 0.00 |
| 10/21/2011 | Liles, Paul | R&R email from CM/ECF - re: Order on motion to expedite (Doc. 52); R&R email from CM/ ECF - re: Order set/reset deadlines; | 0.20 | 0.00 |

| Date | Advocate | Activity | Billable | Non-Charge |
|---|---|---|---|---|
| | | Time Records: October 1 - October 31, 2011<br>*F.A., et al. v. Hansen, et al.*<br>Case No. 4:11-cv-00198-SPM-WCS | | |
| 10/24/2011 | Liles, Paul | KD - re: Depositions of WG & LS (.1); Conference with CW - re: Depositions of WG & LS (.1); R&R email from KD - re: Telephone conference with opposing counsel (.1); R&R email from MI - re: Availability for telephone conference(.1); Telephone conference with MI, KL, KD & PS - re: Coordination of depositions (.3); Email to MEM - re: Coordination of depositions (.1); R&R email from KD - re: Deposition schedules (.1); R&R email from MEM - re: Deposition schedules (.1); Email to MEM - re: Deposition schedules (.1); R&R email from MEM - re: Deposition scheduling (.1); R&R email from CM/ECF - re: Notice of supplemental appendix (Doc. 53) (.1); R&R email from KD - re: Depo scheduling (.1); R&R email from WG - re: Depo preparation | 1.70 | 0.00 |
| 10/25/2011 | Liles, Paul | conference with WG - re: Deposition scheduling & preparation (.7); Email to MI & JG - re: WG Deposition issues (.1); Conference with AH - re: LS deposition (.2); IM to CW - re: LS deposition (.1); Email to MI & JG - re: LS deposition (.1); Email from CW - re: LS deposition (.1); Email to CW, MEM & AH - re: LS deposition (.1); Conference with CW - re: LS deposition (.1); R&R email from MI - re: Deposition scheduling (.1); R&R email from MEM - re: LS deposition (.1); | 1.90 | 0.00 |
| 10/26/2011 | Liles, Paul | (.1); R&R email from MI - re: Deposition coordination (.1); R&R email from CM/ECF - re: Action required by judge (.1); R&R email from KD - re: Deposition coordination (.1): Email to MI - re: Deposition coordination (.1); Telephone conference with MEM - re: Depositions (.2); R&R email from KD - re: MRDP call (.1); Email to KD - re: MRDP call (.1); R&R email from MEM - re: MRDP call (.1); R&R email from KD - re: MRDP call (.1); Email to KD - re: MRDP call (.1); | 1.30 | 0.00 |
| 10/27/2011 | Liles, Paul | R&R email from PS - re: MRDP call (.1); | 0.10 | 0.00 |

| Date | Advocate | Activity | Billable | Non-Charge |
|---|---|---|---|---|
|  | Time Records: October 1 - October 31, 2011  *F.A., et al. v. Hansen, et al.*  Case No. 4:11-cv-00198-SPM-WCS | | | |
| 10/28/2011 | Liles, Paul | strategies (.5); Telephone conference with WG & PS - re: Deposition issues & strategies (.5); Telephone conference with MI - re: Alternate locations for WG deposition (.1); Telephone conference with lawyers' offices to locate alternate location for WG deposition (1.1); Telephone call to MI - re: Possible option for WG deposition (.1); Telephone call to WG - re: Deposition location (.1); R&R email from KD - re: Telephone call with Dr. Kalinowski (.1); R&R email from KD - re: MRDP expert CVs (.1); R&R email from KD - re: Plaintiffs' 2nd Interrogatories & 1st RPD (.1); R&R voicemail from WG - re: Deposition location (.1); Telephone call with WG - re: | 3.40 | 0.00 |
| | | | **29.6** | **0.00** |